

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 CV 377

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

_____6-12-07_____  _____William Boyd_____
(Date forms issued)          (Signature of Party or their Representative)

_____William Boyd_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action