IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM BOYD, | : | CIVIL ACTION NO. 07-377 |
| Plaintiff, | : | |
| v. | : | |
| TEMPAY, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR FAILURE TO STATE A CLAIM**

Defendant, TemPay, Inc., (denominated as Tempay in the Complaint) by its undersigned attorneys, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Complaint for failure to state a claim upon which relief may be granted.

The grounds for and legal authorities in support of the motion are set forth in the accompanying brief. A proposed form of Order is also being submitted herewith.

McCARTER & ENGLISH, LLP

/s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar ID #3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)

*Attorneys for Defendant, TemPay, Inc.*

Dated: November 8, 2007

ME1 6899157v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM BOYD, | : | CIVIL ACTION NO. 07-377 |
| Plaintiff, | : | |
| v. | : | |
| TEMPAY, | : | |
| Defendant. | : | |

## ORDER

This matter having come before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, and the Court having considered the Motion, supporting papers, and any papers submitted in opposition thereto by Plaintiff, and for good cause shown,

IT IS, this _____ day of _____, 200__, hereby ordered as follows:

1. Defendant's Motion is GRANTED.

2. Plaintiff's Complaint is DISMISSED, with prejudice.

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, one of the attorneys of record for Defendant, TemPay, hereby certify that on this 8th day of November, 2007, I caused a true copy of the within *Defendant's Motion to Dismiss Plaintiff's Complaint For Failure to State a Claim* and proposed form of Order to be served upon counsel of record via the CM/ECF-File and Serve system and to be placed in the United States First Class Mail, postage prepaid, addressed as follows:

> Mr. William Boyd
> 602 Tamara Circle
> Newark, Delaware  19711

> /s/ Katharine L. Mayer
> Katharine L. Mayer (DE Bar ID #3758)

ME1 6900954v.1