**ORIGINAL**

| | |
|---|---|
| WILLIAM BOYD, | > |
| | > |
| Plaintiff | > |
| | > |
| VS. | > |
| | > |
| | > Civ. No. 07-377-JJF |
| | > |
| TEMPAY, Inc., | > |
| | > |
| Defendant | > |
| | > |
| | > |

**Defendants Response**

Plaintiff
William Boyd
602 Tamara Circle
Newark, DE 19711
(302) 368-9049


Defendant
Tempay
20600 Chagrin Blvd, Ste 503
Cleveland, OH 44122


Date: 12/17/07

1

### RESPONSE TO DEFENDANTS MOTION TO DISMISS

**RESPONSE**

There is nothing new in this response I would like to clarify and like you consider my whole package including my first hand written complaint and cover sheet.

I claim that Tempay has violated my rights on the grounds of the antitrust laws. Also, Tempay has committed embezzlement, extortion, identity theft, bank fraud and mail fraud to destroy my companies (Allstaff, Inc. and B and R) and me. Please refer to my first complaint that I hand written and notice that this the sheet clearly states "Tempay embezzled money, withheld crucial information, and extortion against **me** and my company." Tempay also was a major player in the B and R scandals. They were providing B and R with payroll backing services. They also committed all of the same violations to this company and me, too.

I respectfully ask this honorable Court to deny the Tempay's motion to dismiss. I have strong documentation to prove all of the complaints against Tempay on **me**, Allstaff and B and R. There are plenty of e-mails, mailed documentations, phone calls, checks (that have been cashed and who they were cashed by), applications, police reports and more to prove all of Tempay's violations. Please take in consideration all my complaint forms and cover sheet as well as my responses. I thank the Court in advance for its time and understanding in this matter.

Respectfully,

*William Boyd* (signature)
William Boyd

Date: 12/17/07
CC:
Defendants Council
Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)

2

## CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on December 17, 2007, I delivered and served a true and correct copy of Petitioner's "Defendants Response" to the Clerk of Court of the USDC of Delaware.

I further certify that I served a true and correct copy of the foregoing document on the Defendant Tempay's Council Katharine L. Mayer in the manner of certified mail.

Thank you,

*William Boyd*
William Boyd
602 Tamara Circle
Newark, DE 19711

Defendant's Council info:

Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JUN 14 2007

## I. (a) PLAINTIFFS
William Boyd

## DEFENDANTS
TEMPAY

07-377

**(b)** County of Residence of First Listed Plaintiff  New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
William Boyd
602 Tamara Circle
Newark, DE 19711

Attorneys (If Known)
20600 Chagrin Blvd. Ste 503
Cleveland, OH 44122

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 USC 1951, 18 USC 642-659, 18 USC 2315, 12 USC, 15 USC
Brief description of cause:
Extortion, Embezzlement, Stolen Monies, Antitrust

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,300,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 6/12/07
SIGNATURE OF ATTORNEY OF RECORD  /s/ William Boyd

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_William Boyd_

(Name of Plaintiff or Plaintiffs)

v.

CIVIL ACTION NO. 07-377

_Tempay_

(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to _____
   (Federal statute on which action is based)

   for discrimination related to _____ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   _____
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at _602 Tamara Circle_
   (Street Address)
   _Newark_   _Newcastle_   _DE_   _19711_
   (City)    (County)      (State) (Zip Code)

   _____
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at _20600 Chagrin Blvd, Ste._
   (Street Address)
   _Cleveland_ _____ _OH_ _44122_
   (City)    (County) (State) (Zip Code)

4. The alleged discriminatory acts occurred on _13_, _06_, _2006_
   (Day) (Month) (Year)

5. The alleged discriminatory practice   ☐ is   ☐ is not continuing.

6. Plaintiff(s) filed charges with the _____
                                              (Agency)

_____
   (Street Address)     (City)     (County)     (State) (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____
                                                                (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☐    No ☐

   If yes, to whom was the appeal taken? _____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

TEMPAY EMBEZZLED MONEY, WITHHELD CRUCIAL INFORMATION, AND EXTORTION AGAINST ME AND MY COMPANY. THEY GRANTED LOANS TO MY OFFICE MANAGER THAT I WAS TECHNICALLY RESPONSIBLE FOR. TEMPAY ELIMINATED ME FOR HOLDING ONTO MY CUSTOMERS. THEY SENT CHECKS THAT I NEVER BENEFITED FROM. I REQUEST A DEMAND OF A JURY.

10. Defendant's conduct is discriminatory with respect to the following:
    A. ☐ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

I WOULD PRAY FOR COMPENSATION OF MY LOST BUSINESS. ALSO, COMPENSATE, FOR ALL THE CHECK I NEVER GOT AND DID NOT BENIFIT ME. PAY FOR DAMAGES IT CAUSED ME.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/12/07

_William Toy_
(Signature of Plaintiff)