IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM BOYD, | : | CIVIL ACTION NO. 07-377 |
| Plaintiff, | : | |
| v. | : | |
| TEMPAY, | : | |
| Defendant. | : | |

## NOTICE OF COMPLETION OF BRIEFING

On November 8, 2007, Defendant, TemPay, Inc., filed with the Court and served upon Plaintiff, its Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (the "Motion").

Briefing has been completed with regard to the Motion.

The relevant pleadings with regard to the Motion are as follows:

| 11/08/2007 | 8 | Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim filed by Tempay, Inc. |
|---|---|---|
| 11/08/2007 | 9 | Opening Brief in Support of Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim filed by Tempay, Inc. |
| 11/30/2007 | 10 | Answering Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim filed by William Boyd |
| 12/10/2007 | 11 | Reply Brief in Support of Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim filed by Tempay, Inc. |
| 12/17/2007 | 12 | Supplemental Response to Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim filed by William Boyd |

WHEREFORE, Defendant respectfully requests that the Court grant the Motion and such other and further relief as is just and proper.

ME1 7046180v.1

**McCARTER & ENGLISH, LLP**

 /s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar ID #3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
(302) 984-6399 (fax)

*Attorneys for Defendant, TemPay, Inc.*

Dated:  January 11, 2008

**CERTIFICATE OF SERVICE**

I, Katharine L. Mayer, one of the attorneys of record for Defendant, TemPay, hereby certify that on this 11th day of January, 2008, I caused a true copy of the within *Notice of Completion of Briefing* to be served upon counsel of record via the CM/ECF-File and Serve system and to be placed in the United States First Class Mail, postage prepaid, addressed as follows:

> Mr. William Boyd
> 602 Tamara Circle
> Newark, Delaware  19711

    /s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar ID #3758)