IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BOYD, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-377-JJF |
| TEMPAY, | : |
| Defendant. | : |

### ORDER

NOW THEREFORE, at Wilmington this 18 day of April, 2008, IT IS HEREBY ORDERED that:

1. Defendant's Motion To Dismiss (D.I. 8) is **GRANTED**.

2. Plaintiff is given **LEAVE** to file an Amended Complaint and to retain counsel.

3. The Amended Complaint shall be filed within **thirty (30) days** from the date of this Order. If an Amended Complaint is not filed within the time allowed, it will be deemed Plaintiff stands on his Complaint and an Order will be entered closing the case.

_____
UNITED STATES DISTRICT JUDGE