| | |
|---|---|
| WILLIAM BOYD, | > |
| | > |
| Plaintiff | > |
| | > |
| VS. | > |
| | > |
| | >   Civ. No. 07-377-JJF |
| | > |
| TEMPAY, Inc., | > |
| | > |
| Defendant | > |
| | > |
| | > |

## Amended Complaint

Plaintiff
William Boyd
602 Tamara Circle
Newark, DE 19711
(302) 368-9049
(302) 250-7484


Defendant
Tempay
20600 Chagrin Blvd, Ste 503
Cleveland, OH 44122


Date: 05/13/08

1

## AMENDED COMPLAINT

I, William Boyd, the plaintiff, am filing an amended complaint for Civ. Action No. 07-377-JJF against Tempay, the defendant:

FACTS

Tempay is a factoring company that lends money to companies by using the invoices of that company for collateral. Tempay has a territory across the United States. Tempay bases their interest rates on the amount of each invoice and the time it takes to get paid. Factoring companies charge a much higher interest rate to lend than conventional ways

Tempay was providing their services to William Boyd and Allstaff, Inc. (which is fully owned by William Boyd) for numerous years. Allstaff, Inc. is a temporary agency that would be able to send workers out in numerous states (DE, PA, MD, and NJ). Tempay has provided their services to Jack Boyd over ten years ago and the contract has ended. Tempay started a new contract with Jack Boyd and Krista Garretson to take on Allstaff's accounts. Tempay granted Jack and Krista loans, monies and advancements of monies that were made out to or the responsibilities of Allstaff and William Boyd without William Boyd's authority, knowledge or approval. Tempay refused to give any information of Allstaff and William Boyd's clients or employees when Allstaff and William Boyd were robbed.

Allstaff was owned by William Boyd and William Boyd had the only signing or legal power.

B and R, Inc. was temporary employment agency for construction and industrial workers that serviced Delaware, Maryland, New Jersey, and Pennsylvania.

INTRODUCTION

I, William Boyd and William Boyd DBA (Doing Business As) Allstaff, Inc.'s B and R, Inc. is filing an amended complaint that,Tempay has violated my rights (William Boyd), Allstaff's rights, B and R, Inc.'s rights and William Boyd (DBA Allstaff and B and R) on the grounds of the antitrust laws (Sherman Act 1 and 2). In addition Tempay has committed embezzlement, extortion,

2

identity theft, bank fraud to destroy and prevent any fair competition from William Boyd, Allstaff, Inc., B and R, Inc. and William Boyd DBA Allstaff and B and R.

Tempay has conspired with Jack Boyd, Krista Garrettson, Wilmington Trust, Insurance and Financial Services, Harry Morris, Stratus, Robin Rizzo and all of Tempay's Clients. I have documentations of contracts, notes, and bank statements/cancelled checks, phone calls and e-mails. There are contracts and negotiation of contracts between Tempay and Allstaff's in house employees (John Boyd and Krista Garrettson) that eliminates William Boyd's, Allstaff's and William Boyd DBA Allstaff's ability to operate. This conspiracy has eliminated William Boyd for ever opening a company; it has eliminated Allstaff, Inc. and B and R, Inc. and William Boyd DBA Allstaff or B and R, Inc. Tempay set up and provided financial for John Boyd and Krista Garrettson for all of Allstaff's account while John Boyd and Krista Garrettson were at Allstaff. Tempay, John Boyd, Krista Garrettson, Wilmington Trust and Insurance and Financial Services embezzled monies from Allstaff, William Boyd and William Boyd DBA Allstaff. Tempay would grant a check that Allstaff and William Boyd DBA Allstaff were responsible for on the request of John Boyd and Krista Garrettson. When the check was made out to Allstaff; John and Krista would take the check and deposit into another account other than Allstaff's at Wilmington Trust. William Boyd did not know or approve of any of these actions. John Boyd and Krista Garrettson had no authorization for these actions. Tempay had no authorization to allow any loans or money advancements to Allstaff to any one but William Boyd. Tempay withheld client and employee information after John Boyd and Krista Garrettson stolen all information about the clients and employees, stole computers, files, furniture, office equipment from the office of William Boyd and Allstaff. Without my knowledge, Tempay had a previous contract with John Boyd and Krista Garrettson for the accounts that they stole from William Boyd, Allstaff and William Boyd DBA Allstaff.

Tempay has a conspiracy has a conspiracy with John Boyd, Krista Garrettson Wilmington Trust, Insurance and Financial Services, Harry Morris, Robin Boyd and all of Tempay's clients. The conspiracy picks and chooses who will succeed and who will fail in this horizontal market. Tempay has injured competition in this horizontal market. Tempay picking and choosing who will succeed and who will fail (by embezzlement, theft, and withholding client and employee information) eliminates all chances of fair competition. These actions restrain trade in this horizontal market. These actions, also, have adverse affect on the interstate commerce (since both Tempay and Allstaff does business in several states across the country). Tempay has clients across the United States and Allstaff services Delaware, Maryland, Pennsylvania and New Jersey. Tempay's involvement with embezzlement, extortion, identity theft and forgery is anticompetitive conduct that gives them monopoly power (that they use illegally) over this horizontal market.

**SUMMARY**

Tempay violates the Sherman Act 1 and 2.
Also, Tempay committed bank fraud, forgery, embezzlement, identity theft, extortion, and stealing (theft) to reinforce and grow their illegal used monopoly power.

Tempay conspired with John Boyd, Krista Garrettson, Wilmington Trust, Robin (Rizzo) Boyd, Insurance and Financial Services, Harry Morris, Stratus, and all of Tempay's customers to eliminate Bill Boyd, Bill Boyd DBA Allstaff, Inc.'s, Allstaff, Inc.'s, Bill Boyd DBA B and R, Inc.'s and B and R, Inc.'s ability to compete in this horizontal market. Tempay gave John Boyd and Krista Garrettson loans and other funds on their request that were in Bill Boyd's and Allstaff's name and responsibilities without me (Bill Boyd) ever knowing about them or approving them. Neither Allstaff nor Bill Boyd received any benefits from these loans or funds. Tempay, John Boyd and Krista Garrettson embezzled these funds from Allstaff and Bill Boyd. Tempay was in conspiracy with John Boyd and Krista Garrettson in stealing all the clients, crucial employee information, computers, files and office equipment. Tempay had an active contract with John Boyd and Krista Garrettson sometime before the robbery. Tempay refused to let me have any crucial client information, any crucial employee information and any crucial financial records after the robbery. All this information was stolen from the robbery and Tempay had all this information requested.

Sherman Act Section I

Section I of the Sherman Act, 15 U.S.C. § 1, requires that I plead an agreement exists between two or more entities and that the agreement unreasonably restrains trade. The agreement between Tempay, John Boyd, Krista Garrettson, Wilmington Trust, Robin (Rizzo) Boyd, Insurance Financial Services, Stratus and Harry Morris creates a horizontal market division which isolates the financing needed and the temporary employment clients for construction and industrial fields. They pick and choose who is going to succeed in this field. The agreement included committing bank fraud, forgery, embezzlement, identity theft, extortion and stealing which Tempay actively and willing participated in these crimes to fulfill their end of the agreement. As stated before Tempay gave loans to John Boyd and Krista Garrettson benefited from and that Bill Boyd and Allstaff were responsible for without the knowledge or permission of Bill Boyd. Tempay with held crucial employee, crucial client information and crucial financial information from Bill Boyd and Allstaff when Bill Boyd and Allstaff were robbed and all this information was taken. Tempay also refused loans that William Boyd requested and needed for Allstaff to operate when in the past they granted similar loans to John Boyd and Krista Garrettson that Bill Boyd and Allstaff were responsible for but were without Bill Boyd's or Allstaff's consent or knowledge. William Boyd asked for financial information of Allstaff and what amounts (check amounts) they were sending Allstaff (which Allstaff and William Boyd were not benefiting from); Tempay refused all

communications. Tempay and their employees even threaten William Boyd and Allstaff. Tempay knew, participated, and helped John Boyd and Krista Garrettson in all theses violations.

This conspiracy agreement and these actions that they agreed on performing eliminate free trade of this horizontal market which creates an unreasonable restrain of trade in this market. Eliminating Bill Boyd, Bill Boyd DBA Allstaff, Bill Boyd DBA B and R and others by these methods puts a restrain on trade because there is not fair competition for this market. They eliminate the fair competition.

Sherman Act Section II

Section II of the Sherman Act, 15 U.S.C. § 2, prevents persons who monopolizes or attempts to monopolize and persons who conspire to monopolize "any part of trade or commerce among several states. Tempay, John Boyd, Krista Garrettson, Wilmington Trust, Robin Boyd, Insurance and Financial Services, Stratus Services and Harry Morris have monopolized, attempt to monopolized and conspired to monopolize the temporary employment clients for construction and industrial workers and the financing needed among several states.

Tempay has clients and does business in several states in this country and Bill Boyd, Bill Boyd DBA Allstaff and B and R have clients and do business in several states in this country. Through Tempay's, John Boyd's, Krista Garrettson's, Wilmington Trust's, Robin Boyd's, Insurance and Financial Services', Stratus Services', and Harry Morris', bank fraud, forgery, embezzlement, identity theft, extortion, and stealing (theft) being willfully committed; this achieves, maintains and grows the monopoly power. They (Tempay, John Boyd, Krista Garrettson, Wilmington Trust, Robin Boyd, Insurance and Financial Services, Stratus Services and Harry Morris) took checks that were made out to benefit William Boyd, Allstaff, B and R, and William Boyd DBA Allstaff and B and R. Than they deposited and or cashed in their own accounts. They stole accounts and employees of William Boyd and Allstaff. They embezzled monies from William Boyd, Allstaff, B and R, and William Boyd DBA Allstaff and B and R which drove all William Boyd, Allstaff, B and R, and William Boyd DBA Allstaff and B and R out of business and never being able to compete again. They stole crucial employee information, crucial client information, and crucial office equipment/material. These anticompetitive actions foreclose competition and conspirers to monopolize this horizontal market of the temporary employment construction and industrial clients and the financing needs.

I claim that Tempay has violated my rights on the grounds of the antitrust laws (Sherman Act 1 and 2). Also, Tempay has committed embezzlement, extortion, identity theft, bank fraud and mail fraud to destroy and prevent competition (fair competition) from William Boyd, Allstaff, B and R and William Boyd DBA Allstaff and B and R. Please refer to my first complaint that I hand written and notice that this the sheet clearly states "Tempay embezzled money, withheld crucial information, and extortion against me and my company." I also stated that "Tempay eliminated me". Tempay also was a major player in the B and R scandals. They were providing B and R with payroll backing

services. They also committed all of the same violations to this (B and R) company and me, too.

I respectfully ask this honorable Court to deny the Tempay's motion to dismiss and accept this amended complaint. I have strong documentation to prove all of the complaints against Tempay on William Boyd, Allstaff, Inc., B and R, Inc., and William Boyd DBA Allstaff and B and R. There are plenty of e-mails, mailed documentations, phone calls, checks (that have been cashed and who they were cashed by), applications, police reports and more to prove all of Tempay's violations. Please accept this amended complaint and deny Tempay's motion to dismiss. I thank the Court in advance for its time and understanding in this matter.

Respectfully,

*[signature]*
William Boyd

Date: 05/13/08
CC:
Defendants Council
**Katharine L. Mayer**
**Renaissance Centre**
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)

# CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on May 13, 2008, I delivered and served a true and correct copy of Petitioner's "Amended Complaint" to the Clerk of Court of the USDC of Delaware for civil action number 07-377.

I further certify that I served a true and correct copy of the foregoing document on the Defendant Tempay's (Tempay, Inc.) Council Katharine L. Mayer in the manner of priority mail.

Thank you,

*[signature: William Boyd]*

William Boyd
602 Tamara Circle
Newark, DE 19711
(302) 368-9049

Defendant's Council info:
Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)