IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM BOYD, | : | CIVIL ACTION NO. 07-377-JJF |
| Plaintiff, | : | |
| v. | : | |
| TEMPAY, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
FOR FAILURE TO STATE A CLAIM**

Defendant, TemPay, Inc., (denominated as Tempay in the Amended Complaint) by its undersigned attorneys, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Amended Complaint for failure to state a claim upon which relief may be granted.

The grounds for and legal authorities in support of the motion are set forth in the accompanying brief. A proposed form of Order is also being submitted herewith.

                                        **McCARTER & ENGLISH, LLP**

                                        /s/ Katharine L. Mayer
                                        Katharine L. Mayer (DE Bar ID #3758)
                                        Renaissance Centre
                                        405 N. King Street, 8th Floor
                                        Wilmington, DE  19801
                                        (302) 984-6300
                                        (302) 984-6399 (fax)

                                        *Attorneys for Defendant, TemPay, Inc.*

Dated:  May 28, 2008

ME1 7406386v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| WILLIAM BOYD, | : | CIVIL ACTION NO. 07-377-JJF |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEMPAY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## [PROPOSED] ORDER

This matter having come before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim, and the Court having considered the Motion, supporting papers, and any papers submitted in opposition thereto by Plaintiff, and for good cause shown,

IT IS, this _____ day of _____, 2008, hereby ordered as follows:

1. Defendant's Motion is GRANTED.

2. Plaintiff's Amended Complaint is DISMISSED, with prejudice.

BY THE COURT:

_____
J.

ME1 7406419v.1