| | |
|---|---|
| WILLIAM BOYD, | > |
| Allstaff, Inc., | > |
| B and R, Inc., | > |
| William Boyd DBA Allstaff, Inc., | > |
| William Boyd DBA B and R, Inc., | > |
|     Plaintiff | > |
| | > |
|     VS. | > |
| | > |
| | >   Civ. No. 07-377-JJF |
| | > |
| TEMPAY, Inc., | > |
| | > |
|     Defendant | > |
| | > |
| | > |

### Response to Defendants Motion to Deny the Amended Complaint

Plaintiff
William Boyd
Allstaff, Inc.
B and R, Inc.
William Boyd DBA Allstaff, Inc.
William Boyd DBA B and R, Inc.
    602 Tamara Circle
    Newark, DE 19711
    (302) 368-9049
    (302) 250-7484

Defendant
Tempay
20600 Chagrin Blvd, Ste 503
Cleveland, OH 44122

Date: 06/03/08

## RESPONSE TO DEFENDANTS MOTION TO DISMISS AMENDED COMPLAINT

**INTRODUCTION**

In my amended complaint; I was adding Allstaff, Inc., B and R, Inc. and William Boyd Doing Business As (DBA) Allstaff and B and R to be additional plaintiffs. I am asking the court to recognize/accept this and the previous request to add theses (Allstaff, Inc., B and R, Inc. and William Boyd Doing Business As (DBA) Allstaff and B and R) in being plaintiffs.

The actions of Tempay, John Boyd, Krista Garrettson, Wilmington Trust and Insurance and Financial Services has an adverse affect on the temporary market horizontal market (as described in the plaintiff's Amended Complaint and other motions). It has eliminated Allstaff and B and R. They (Tempay, John Boyd, Krista Garrettson, Wilmington Trust and Insurance and Financial Services) have also eliminated a temporary employment agency Marquis Services, Inc. from ever competing (2007). Besides these three companies, there are many others that have been eliminated. Tempay, John Boyd, Krista Garrettson, Wilmington Trust and Insurance and Financial Services all benefited and still are benefiting from their illegal monopoly while these companies (Allstaff, B and R, and Marquis Services) and more are stunted and handicapped if not out of business.

There is a conspiracy with Tempay, John Boyd, Krista Garrettson, Wilmington Trust and Insurance and Financial Services to illegally monopolize this temporary employment horizontal market:
> "Tempay, John Boyd, Krista Garrettson, Wilmington Trust, Robin Boyd, Insurance and Financial Services, Stratus Services and Harry Morris have monopolized, attempt to monopolized and conspired to monopolize the temporary employment clients for construction and industrial workers and the financing needed among several states." (Plaintiff's **Amended Complaint** pg. 5 Sherman Act Section II paragraph 1)

They committed criminal offenses (bank fraud, forgery, embezzlement, identity theft, extortion, and stealing (theft) being willfully committed) that prove the conspiracy. I have contracts, emails, cancelled check, bank statements, illegal forged documents, illegal use of business, documentation of telephone calls, witnesses, and I have been in and heard conversations that all support the conspiracy (monopoly). These actions have been going on predominately (but not limited to) from 2006 through 2003.

**SUMMARY**

I would ask the courts to accept my addition to plaintiff on my amended complaint and this response of:
    Allstaff, Inc.
    B and R, Inc.
    William Boyd DBA Allstaff, Inc.
    William Boyd DBA B and R, Inc.
    William Boyd
(The entire list of above to be added to the plaintiffs)
(All plaintiffs have the same address as William Boyd)

I am asking for Tempay to repay all the monies and damages caused to each in every plaintiff.

I appreciate the courts allowing me, Allstaff and B and R the opportunities to exercise my rights (Allstaff's and B and R's rights) as an American to pursue justice. I know I am bringing up a lot of criminal offenses but there is a bigger picture of why the criminal offenses were committed by Tempay, John Boyd, Krista Garrettson, Wilmington Trust and Insurance and Financial Services. They were all part of the conspiracy and the agreement to conspirer (grow and use) an illegal monopoly. As it has been brought up numerous times of how an Anti-Trust case is expensive; I feel that it is imposed for the courts to sway to not let me pursue justice. However, keep in mind how arrogant this group is because they are trying to hide behind the threat that it would be expensive for the courts. This says to me that they are saying it is okay to do illegal acts if it cost money to bring them to justice.

I thank the courts for their time and consideration.


Sincerely,

*[signature: William Boyd]*
William Boyd


Date: 06/03/08
CC:
Defendants Council
Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)

3

# CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on June 03, 2008, I delivered and served a true and correct copy of Petitioner's "Response to Defendants Motion to Deny the Amended Complaint" to the Clerk of Court of the USDC of Delaware for civil action number 07-377.

I further certify that I served a true and correct copy of the foregoing document on the Defendant Tempay's (Tempay, Inc.) Council Katharine L. Mayer in the manner of priority mail.

Thank you,

*William Boyd* (signature)

William Boyd
602 Tamara Circle
Newark, DE 19711
(302) 368-9049

Defendant's Council info:
Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)