| | |
|---|---|
| WILLIAM BOYD, | > |
| Allstaff, Inc., | > |
| B and R, Inc., | > |
| William Boyd DBA Allstaff, Inc., | > |
| William Boyd DBA B and R, Inc., | > |
| Plaintiff | > |
| | > |
| VS. | > |
| | > |
| | >   Civ. No. 07-377-JJF |
| | > |
| TEMPAY, Inc., | > |
| | > |
| Defendant | > |
| | > |
| | > |

Date: 06/03/08

## Amended Complaint Correction

I would like to clarify and strongly point out my efforts to add plaintiffs to my amended complaint. The original amended complaint had every intension to add to the list of plaintiffs. Please add the following to the list of plaintiffs:

    Allstaff, Inc.
    B and R, Inc.
    William Boyd DBA (Doing Business As) Allstaff, Inc.
    William Boyd DBA B and R, Inc.

(All on this list has the same Address and Contact information as William Boyd)

I also meant to mention that besides **Allstaff, B and R, and William Boyd and Marquis Services, Inc. (2007)** and others have been eliminated by Tempay, John Boyd, Krista Garrettson, Wilmington Trust, Robin Boyd, Insurance and Financial Services, Stratus Services and Harry Morris monopoly, attempt to monopolized and conspired to monopolize the temporary employment clients for construction and industrial workers and the financing needed among several states.

I would like to thank the courts for their time and consideration.

Sincerely,

*[signature: William Boyd]*

William Boyd

Date: 06/03/08
CC:
Defendants Council
Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)

# CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on June 03, 2008, I delivered and served a true and correct copy of Petitioner's "Correction to the Amended Complaint" to the Clerk of Court of the USDC of Delaware for civil action number 07-377.

I further certify that I served a true and correct copy of the foregoing document on the Defendant Tempay's (Tempay, Inc.) Council Katharine L. Mayer in the manner of priority mail.


Thank you,

*[signature]*

William Boyd
602 Tamara Circle
Newark, DE 19711
(302) 368-9049

Defendant's Council info:
Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)