## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM BOYD, | : | CIVIL ACTION NO. 07-377 |
| Plaintiff, | : | |
| v. | : | |
| TEMPAY, | : | |
| Defendant. | : | |

## NOTICE OF COMPLETION OF BRIEFING

On May 28, 2008, Defendant TemPay, Inc., filed with the Court and served upon Plaintiff its Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (the "Motion").

Briefing has been completed with regard to the Motion.

The relevant pleadings with regard to the Motion are as follows:

| 5/28/2008 | 17 | Defendant TemPay, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim |
|---|---|---|
| 5/28/2008 | 18 | Memorandum in Support of Defendant TemPay, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim |
| 6/3/2008 | 19 | Plaintiff William Boyd's Response to Defendant TemPay, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim |
| 6/9/2008 | 21 | Reply Brief in Support of Defendant TemPay, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim |

ME1 7442101v.1

WHEREFORE, Defendant respectfully requests that the Court grant the Motion and such other and further relief as is just and proper.

**McCARTER & ENGLISH, LLP**

/s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar ID #3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
(302) 984-6399 (fax)
kmayer@mccarter.com
*Attorneys for Defendant, TemPay, Inc.*

Dated:  June 11, 2008

# CERTIFICATE OF SERVICE

I, Katharine L. Mayer, one of the attorneys of record for Defendant TemPay, Inc., hereby certify that on this 11th day of June, 2008, I caused a true copy of the within *Notice of Completion of Briefing* to be placed in the United States First Class Mail, postage prepaid, addressed as follows:

>Mr. William Boyd
>602 Tamara Circle
>Newark, Delaware  19711

>/s/ Katharine L. Mayer
>Katharine L. Mayer (DE Bar ID #3758)

ME1 7442101v.1