ORIGINAL

| | | |
|---|---|---|
| WILLIAM BOYD, | > | |
| Allstaff, Inc., | > | |
| B and R, Inc., | > | |
| William Boyd DBA Allstaff, Inc., | > | |
| William Boyd DBA B and R, Inc., | > | |
| Plaintiff | > | |
| | > | |
| VS. | > | |
| | > | |
| | > | Civ. No. 07-377-JJF |
| | > | |
| TEMPAY, Inc., | > | |
| | > | |
| Defendant | > | |
| | > | |
| | > | |

## MOTION REQUEST OF COUNCIL (28 USC 1915(E)(1)) AND REQUEST FOR ADDITIONAL TIME

Plaintiff
William Boyd
Allstaff, Inc.
B and R, Inc.
William Boyd DBA Allstaff, Inc.
William Boyd DBA B and R, Inc.
    602 Tamara Circle
    Newark, DE 19711
    (302) 368-9049
    (302) 250-7484

Defendant
Tempay
20600 Chagrin Blvd, Ste 503
Cleveland, OH 44122

Date: 06/13/08

2008 JUN 13 PH 12: 34
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

## <u>REQUEST OF COUNCIL (28 USC 1915(E)(1)) AND REQUEST FOR ADDITIONAL TIME</u>

I am requesting/asking/praying for the courts to appoint me council (28 USC 1915). I have exhausted all reasonable means to find council. However, I financially can not afford council.

I have recently discovered that I have this option for the courts to appoint council (a lawyer) for civil plaintiff's cases (28 USC 1915(e)(1))). Before, I was lead to believe that I could only receive financial help in the fees of filing my original complaint and the serving the paper work to the defendants. I had no knowledge that the courts could assign council to civil plaintiff cases. This is a new discovery for me being pro se.

I have already filled out the courts form to receive assistance in covering the filing charges. Please let me know if you need additional information from me. Since I qualified for 28 USC 1915 in this section; I would have to pray that I would qualify for the courts qualifications of being appointed a lawyer. I am financially not capable to afford a lawyer and this case would be in dire jeopardy without a lawyer.

I would also request additional time to let my new council/lawyer amend my complaints. A new lawyer also would need time to get familiar with the case and properly present my complaint.

I would like to thank the courts for their time. Again, I am requesting the courts to assign council/a lawyer to my case. I can not financially afford a lawyer and my cases need council/a lawyer. Since I qualified for the filing assistance; I would pray that I would qualify for the council/lawyer assistance.
I would also ask the courts for additional time to file my amendment and for the new lawyer to get familiar with my case.

Again, thank you.
Sincerely,

William Boyd
Date: 06/13/08
CC:
Defendants Council
Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)

William Boyd
> No Assets
> Checking Account: $0.00
> Savings Account: $0.00
> Income: Presently no job/no work
> Dependants: Son Full Time
> Child Support: Mother does not pay child support
> Allstaff and B and R have no assets/money and have no banking accounts

## CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on June 13, 2008, I delivered and served a true and correct copy of Petitioner's "MOTION REQUEST OF COUNCIL (28 USC 1915(E)(1)) AND REQUEST FOR ADDITIONAL TIME" to the Clerk of Court of the USDC of Delaware for civil action number 07-377.

I further certify that I served a true and correct copy of the foregoing document on the Defendant Tempay's (Tempay, Inc.) Council Katharine L. Mayer in the manner of cerified mail.

Thank you,

William Boyd
602 Tamara Circle
Newark, DE 19711
(302) 368-9049

Defendant's Council info:
Katharine L. Mayer
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)